

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID ORDONEZ, Individually and d/b/a/ O. D. MECHANICAL, | § | No. 08-13-00300-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| MIGUEL SOLORIO, | § | of Dallas County, Texas |
| Appellee. | § | (TC#CC-11-06563-B) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the trial court's judgment is affirmed as to liability and actual damages for Appellee under his conversion, negligent misrepresentation, and DTPA causes of action. The trial court's judgment holding that Appellant take nothing on his breach of contract counterclaim is also affirmed.

We reverse the judgment on Appellee's claim for additional damages under the DTPA and that Appellant take nothing on his fraudulent inducement counterclaim and remand those claims for trial. We also reverse and remand for trial Appellee's claim for breach of contract, including any awards of actual damages and attorney's fees, to the extent those damages or fees were awarded solely based on that cause of action.

We further order that Appellant and Appellee each pay one-half (1/2) the costs of this

appeal.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF OCTOBER, 2015.

STEVEN L. HUGHES, Justice

Before Rodriguez, J., Hughes, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment